JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIN HOVSEPIAN, NORIK HOVSEPIAN, ARMAHOUSH BADALYANS<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an unknown business entity<br><br>　　　　Defendant. | CASE NO. CV 09-08929 MMM (PLAx)<br><br>JUDGMENT FOR DEFENDANT |

　　On October 18, 2010, defendant State Farm filed a motion for summary judgment, or, in the alternative, partial summary judgment. On January 11, 2011, the court issued an order granting defendant's motion. Accordingly,

　　IT IS ORDERED AND ADJUDGED

　　　　1.　That plaintiffs take nothing by way of their complaint;

　　　　2.　That defendants recover their costs of suit herein; and

　　　　3.　That the action be, and it hereby is, dismissed.

DATED: January 12, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE